UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: :
:
WAYNE L. SAVAGE and : No.: 04-CV-295
BELINDA SAVAGE, :
: Bankruptcy No.: 03-12500-JKF
Appellants, : Chapter 13
Debtors Below. :

### MOTION TO WITHDRAW MOTION TO DISMISS APPEAL

COMES NOW, John I. Ellis, Esq., attorney for Valley Pine Mortgage, Inc., a secured creditor, and moves this Honorable Court for an Order withdrawing the Motion to Dismiss Appeal filed by Movant, Appellee, and to grant Appellants, Debtors Below appeal and remand the same to the U.S. Bankruptcy Court, District of Delaware, so that the case can move forward.

IT IS SO MOVED.

STREET & ELLIS, P.A.

BY: _____
JOHN I. ELLIS, Esq.
Attorneys for Appellee
426 S. State Street
P.O. Box 1366
Dover, DE 19901

Dated: 4/18/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| WAYNE L. SAVAGE and | : | No.: 04-CV-295 |
| BELINDA SAVAGE, | : | |
| | : | Bankruptcy No.: 03-12500-JKF |
| Appellants, | : | Chapter 13 |
| Debtors Below. | : | |

## ORDER

AND NOW, this \_\_\_\_ day of _____, 2005, and this Court having considered the Motion to Withdraw the Motion to Dismiss Appeal of Valley Pine Mortgage, Inc., the other pleadings, if any, and arguments of counsel or the parties;

IT IS THEREFORE ORDERED that this appeal is granted.

IT IS THE FURTHER ORDER of this Court that this case is remanded to the U.S. Bankruptcy Court, District of Delaware.

IT IS SO ORDERED.

_____
JUDGE OF THE
UNITED STATES DISTRICT COURT

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE        :
                         : SS.
COUNTY OF KENT           :

BE IT REMEMBERED, that on this ___18___ day of April, 2005, personally came before me, a Notary Public for the State and County aforesaid, Lynnette Davidson, who, being duly sworn according to law, deposed and said that she is employed by the law firm of STREET & ELLIS, P.A., attorneys for Movant, Appellee in the within captioned action and that on the above date she caused to be mailed two copies of Motion to Withdraw Motion to Dismiss Appeal to the following party/attorney:

Wayne L. Savage
Belinda Savage
199 Walker School Road
Townsend, DE 19734

Michael B. Joseph, Esq.
Chapter 13 Trustee
P.O. Box 1351
Wilmington, DE 19899-1351

_____
Lynnette Davidson

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
NOTARY PUBLIC
My Commission Expires_____