IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 APR 26  AM 11: 04

IN RE:

Wayne L. Savage and
Belinda Savage wife

Case No: 04-CV-295 -GMS
Bankruptcy 03-12500-JKF

RESPOND TO MOTION TO WITHDRAW MOTION TO DISMISS APPEAL

Wayne L. Savage and Belinda Savage respectfully by self hereby ask the court to allow appeal to continue on the following grounds.

1). On January 27th 2004 A hearing was scheduled at 2:00 pm with the U.S. Bankruptcy court which was cancel due to the weather.

2). We never receive or was inform of new date.

3). Hearing went on without notify debtors

4). Bankruptcy was dismiss an order which bars against filing 180 was order.

Wherefore: We pray respectfully that the court allow Debtors to re-organized due to the fact we truly where and still is in need of Bankruptcy relief. We were able and still are able to fund our plan . We therefore pray that court grant permission to file a new chapter 13 due to the fact that we were not notify.

*Wayne L. Savage*
Wayne L. Savage

*Belinda Savage*
Belinda Savage

CC: Copy was mail to
JOHN I. ELLIS, ESQ 426 S. STATE ST DOVER, DE 19901