IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE WAYNE SAVAGE AND | ) | |
| BELINDA SAVAGE, | ) | C.A. No. 04-295 (GMS) |
| | ) | |
| Debtors. | ) | |

## ORDER

WHEREAS the court is in receipt of a letter from Valley Pine Mortgage, Inc. regarding the above-captioned matter (D.I. 12); and

WHEREAS the court is unable to determine whether the letter was served upon the Debtors as required by Local Rule 5.3.

IT IS HEREBY ORDERED THAT:

Counsel for Valley Pine Mortgage, Inc. serve two copies of the above-mentioned letter upon the Debtors in accordance with Local Rule 5.3.


Dated: August 12, 2005                          /s/ Gregory M. Sleet
                                                                       UNITED STATES DISTRICT JUDGE