AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.

COUNTY OF KENT      :


BE IT REMEMBERED, that on this _15_ day of August, 2005, personally came before

me, a Notary Public for the State and County aforesaid, Lynnette Knight, who, being duly sworn

according to law, deposed and said that she is employed by the law firm of STREET & ELLIS,

P.A., attorneys for Secured Creditor Valley Pine Mortgage, Inc. in the within captioned action and

that on the above date she caused to be mailed two copies of a Letter of Dismissal to the following

party/attorney:


           Wayne Savage
           Belinda Savage
           199 Walker School Road
           Townsend, DE  19734


                                     _Lynnette Knight_
                                     Lynnette Knight


SWORN TO AND SUBSCRIBED before me the day and year aforesaid.


                                     _____
                                     NOTARY PUBLIC
                                     My Commission Expires_____