IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

IN THE MATTER OF :

                                            Case no. 04-CV-295-GMS
                                            Bankruptcy 03-12500=JKF

WAYNE L .SAVAGE and
BELINDA SAVAGE, wife

RESPOND TO LETTER DATED AUGUST 4th 2005

Dear Judge Jordan:

       I am writing to respectfully ask the court to allow appeal to continue on the following grounds.

1). On January 27th 2004 a hearing was scheduled at 2:00 pm with the U.S. Bankruptcy court which was canceled due to weather and not due to failure to comply.

2). We never received or was inform of new date.

3). We believe that if scheduled hearing had took place our bankruptcy would have been confirmed.

4). The bankruptcies filed since 2002 is and know way on our part done with total disregard for the bankruptcy requirements. We could explain why so many filing.

Wherefore: We respectfully ask the court to allow appeal to continue.

                                                      *Wayne L. Savage* (signature)
                                                      Wayne L. Savage

                                                      *Belinda Savage* (signature)
                                                     Belinda Savage