UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                    :
                                          :
WAYNE L. SAVAGE and                       :    No.:    04-CV-295
BELINDA SAVAGE,                           :
                                          :    Bankruptcy No.: 03-12500-JKF
                                          :    Chapter 13
    Appellants,                           :
    Debtors Below.                        :

## ORDER

AND NOW, this 26th day of ____Sept____, 2005, and this Court having considered the Motion to Withdraw the Motion to Dismiss Appeal of Valley Pine Mortgage, Inc., the other pleadings, if any, and arguments of counsel or the parties;

IT IS THEREFORE ORDERED that this appeal is granted.

IT IS THE FURTHER ORDER of this Court that this case is remanded to the U.S. Bankruptcy Court, District of Delaware.

IT IS SO ORDERED.

[Signature]

JUDGE OF THE
UNITED STATES DISTRICT COURT

FILED
SEP 2 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE