IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE WAYNE SAVAGE AND BELINDA SAVAGE, | )<br>) C.A. No. 04-295 (GMS)<br>) |
| Debtors. | )<br>) |

### ORDER

WHEREAS on September 26, 2005, the court granted the Appellee's motion to remand (D.I. 16); and

WHEREAS the court will partially vacate its order of September 26, and order that the case be dismissed instead.

IT IS HEREBY ORDERED THAT:

1. The court's order of September 26, 2005, be VACATED to the extent the case was remanded to the United States Bankruptcy Court; and

2. The case be DISMISSED.

Dated: November __1__, 2005



UNITED STATES DISTRICT JUDGE

FILED

NOV - 1 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE